**Craig G. Russillo, OSB #973875**
crussillo@schwabe.com
**David A. Anderson, OSB #092707**
danderson@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.722.2456
Facsimile: 503.796.2900

Attorneys for Defendant LEHIGH SOUTHWEST CEMENT COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROSS ISLAND SAND & GRAVEL CO.**, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**LEHIGH SOUTHWEST CEMENT COMPANY**, a California corporation,<br><br>Defendant. | No.3:15-cv-01369-PK<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER DISMISSING CLAIMS** |

In accordance with the Stipulated Motion for Order Dismissing Claims, and the agreement of the parties thereto, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims set forth in Plaintiff's Third Amended Complaint [ECF 31], other than Plaintiff's "Sixth Claim for Relief" for "Attorney Fees," shall be dismissed with prejudice and without attorney fees or costs to

Page 1 -   ORDER GRANTING STIPULATED MOTION FOR ORDER DISMISSING CLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\127779\199548\CGR\20211689.1

any party.

DATED this 10th day of March, 2017.

_____
The Honorable Paul Papak
United States Magistrate Judge

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Craig G. Russillo*
Craig G. Russillo, OSB #973875
E-Mail: crussillo@schwabe.com
David A. Anderson, OSB #092707
E-Mail: danderson@schwabe.com
*Of Attorneys for Defendant Lehigh Southwest Cement Company*

Page 2 -  ORDER GRANTING STIPULATED MOTION DISMISSING CLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\127779\199548\CGR\20211689.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2017, I caused to be served the foregoing **ORDER GRANTING STIPULATED MOTION FOR ORDER DISMISSING CLAIMS** on the following party at the following address:

J. Matthew Donohue
E-Mail: MattDonohue@MarkowitzHerbold.com
Shannon Armstrong
E-Mail: ShannonArmstrong@MarkowitzHerbold.com
Laura Salerno Owens
E-Mail: LauraSalerno@MarkowitzHerbold.com
Markowitz Herbold PC
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204

*Of Attorneys for Plaintiff*

by:
- [ ] U.S. Postal Service, ordinary first class mail
- [ ] U.S. Postal Service, certified or registered mail, return receipt requested
- [ ] hand delivery
- [ ] facsimile
- [x] CM/ECF electronic service
- [ ] other (specify) _____

*s/ Craig G. Russillo*
Craig G. Russillo, OSB #973875

Page 1 -   CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\127779\199548\CGR\20211689.1